UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_Mr Torrance Perry_,

Plaintiff(s),

vs.

_Mercy Housing Ms. Tyra Younge Ms. Porsce Wilkens_

Defendant(s).

RECEIVED
DEC - 5 2011
Dec 5. 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1:11-cv-08604
Judge Blanche M. Manning
Magistrate Judge Geraldine Soat Brown

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a pro se plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

- This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.
- The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.
- Plaintiff's full name is _Mr. Torrence Oreacy Perry_.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

44

4. Defendant, __Mercy Housing HUD Federal__, is __Ms Young - Ms. Wilkens__
   (name, badge number if known)

   ☒ an officer or official employed by __Federal HUD Housing__;
   (department or agency of government)
   __Mercy Ms. Tyra Young - Ms. Persce Wilkens__

   ☐ an individual not employed by a governmental entity.

   *If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is __Cook__. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about __06 01 11__, at approximately __09__ ☒ a.m. ☐ p.m.
   (month, day, year)
   plaintiff was present in the municipality (or unincorporated area) of __Mercy Housing Complex Located__, in the County of __Cook__, State of Illinois, at __1521 S. Wabash St. Apt #405 Chg. IL. 60605__
   (identify location as precisely as possible)

   when defendant violated plaintiff's civil rights as follows (*Place X in each box that applies*):

   ☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
   ☐ searched plaintiff or his property without a warrant and without reasonable cause;
   ☐ used excessive force upon plaintiff;
   ☐ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
   ☐ failed to provide plaintiff with needed medical care;
   ☐ conspired together to violate one or more of plaintiff's civil rights;
   ☒ Other: __Unlawful Entry to Unit Sexual Orientation Discrimination Retaliatory Threats of Eviction for Whistle Blowing Character Defamation__

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*): __Lease Policy Violations Sleep Deprivation. Unlawful Entry & Potential Theft & and or Planted Criminal Material/s Particularly Illegal Substances - Illegal Firearms__

8. Plaintiff was charged with one or more crimes, specifically: __None__

45

FACILITY CONSPIRACY USING COERCIVE RETALITORY TACTICS SUCH AS EAVES DROPPING HAVING OTHER TENANTS TO DO SO ALSO SABOTAGE OF FUNCTIONAL UNITS NOT RENDERING SERVICES

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

☐ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows _____

_____.

☒ Other: _____

_____.

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

NEVER EVER GIVEN 72 HRS OF ENTRANCE NOTIFICATION UNIT THINGS MOVED AROUND TOUCHED BY EMPLOYEES MS. TYRA YOUNG MS. PORSCE WILKENS PLUS HEAD JANITOR (JOE) THESE PEOPLE DON'T UNDERGO POLYGRAPH-BACKGROUND OR BEHAVIOR CHECKS OTHER TENANTS ASKING OTHER TENANTS ABOUT MY SEXUAL ORIENTATION ONCE I IMPLEMENTED A DESK REPORT REGARDING THIS THEIR WERE THREATS OF EVICTION FROM THE MANAGER AFTER THE OTHER TENANT MS. EZRA BROWN BECAME HOSTILE TO ME HER ALLEDGED COUSIN.

---

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

_____

_____

_____

_____

_____

11. Defendant acted knowingly, intentionally, willfully and maliciously. YES!

12. As a result of defendant's conduct, plaintiff was injured as follows: YES! Mental Anguish - Sexual Orientation Discrimination Civil Rights Construed Unlawful Entry And Privacy Invasion Retaliatory Threats of Eviction for Whistle Blowing

13. Plaintiff asks that the case be tried by a jury. ☒ Yes ☐ No

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

WHEREFORE, plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ (Place X in box if you are seeking punitive damages.) Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: /s/

Plaintiff's name (print clearly or type): MR. TORRANCE D. BERRY

Plaintiff's mailing address: 1521 S. WABASH ST. APT #465

City CHGO State IL ZIP 60605

47

Plaintiff's telephone number: (773) 616-6007

Plaintiff's email address *(if you prefer to be contacted by email)*: Terrence Pace(a)yahoo.com

15. **Plaintiff has previously filed a case in this district.** ☐ Yes  ☒ No

   *If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

48